## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**DEVON HENNIS**                                                                 **PLAINTIFF**

**v.**                                                 **CAUSE NO. 1:26-cv-00001-LG-RPM**

**NURSE DOE**                                                                   **DEFENDANT**

### FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal.

Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be

**DISMISSED WITHOUT PREJUDICE** for failure to obey Court Orders.

**SO ORDERED AND ADJUDGED** this the 13th day of April, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE